TAM:JJT:nl

**FILED**
**HARRISBURG**
DEC 15 2006
MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 1:06-CR-119-05 |
| | ) | |
| v. | ) | |
| | ) | (CONNER, J.) |
| ERIC CLARK, a/k/a "ERIC BROWN," | ) | |
| | ) | |
| Defendant. | ) | (ELECTRONICALLY FILED) |

O R D E R

AND NOW, this 15th day of December, 2006, the government's motion to dismiss count eleven of the indictment filed on March 29, 2006 is GRANTED.

CHRISTOPHER C. CONNER, JUDGE
U.S. District Court